```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S 2:08-0414 LKK |
| Plaintiff, | AMENDED ORDER RE: SCHEDULING STATUS CONFERENCE/CHANGE OF PLEA, AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| DIMAS MANUEL TORRES BARRAZA | DATE: November 1, 2011 |
| Defendant. | TIME: 9:15 a.m. |
| | CTRM: Honorable Lawrence K. Karlton |

On October 18, 2011, the Court held a status conference of counsel in this case. Assistant U.S. Attorney Jill M. Thomas, appeared on behalf of plaintiff, United States of America. Clemente Jimenez, Esq., appeared on behalf of defendant, Dimas Manuel Torres Barraza, who was present and in custody.

At the request of the defendant, this Court granted a continuance for further status conference/change of plea to November 1, 2011, at 9:15 a.m.

///

///

1

The parties also agreed to exclude time under the Speedy Trial Act up to and including November 1, 2011, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for preparation of defense counsel. The parties agreed that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: October 18, 2011       By:  /s/ Jill M. Thomas
                                                JILL M. THOMAS
                                                Assistant U.S. Attorney

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **IT IS HEREBY ORDERED** that this matter is continued to November |
| 3 | 1, 2011, at 9:15 a.m. |
| 4 | **IT IS FURTHER ORDERED** that the period from October 18, 2011, up |
| 5 | to and including November 1, 2011, is excluded pursuant to 18 U.S.C. |
| 6 | § 3161(h)(7), Local Code T4, due to preparation of defense counsel; |
| 7 | and; |
| 8 | **THE COURT FINDS** that the ends of justice served by granting the |
| 9 | defendant's request for a continuance outweigh the best interest of |
| 10 | the public and the defendant in a speedy trial. |

DATED: October 21, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT