```
BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DIMAS MANUEL TORRES BARRAZA<br><br>        Defendant. | CR. No. S 2:08-0414 LKK<br><br>ORDER RE: SCHEDULING STATUS<br>CONFERENCE AND EXCLUDE TIME<br>UNDER SPEEDY TRIAL ACT<br><br>DATE: November 8, 2011<br>TIME:  9:15 a.m.<br>CTRM:  Honorable Lawrence K. Karlton |

On November 1, 2011, the Court held a status conference of counsel in this case. Assistant U.S. Attorney Michele Beckwith (for Jill M. Thomas), appeared on behalf of plaintiff, United States of America. Clemente Jimenez, Esq., appeared on behalf of defendant, Dimas Manuel Torres Barraza, who was present and in custody.

At the request of the parties, this Court granted a continuance for further status conference to November 8, 2011, at 9:15 a.m.

///

///

The parties also agreed to exclude time under the Speedy Trial Act up to and including November 8, 2011, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for preparation of defense counsel. The parties agreed that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: November 2, 2011      By:  /s/ Jill M. Thomas
                                            JILL M. THOMAS
                                            Assistant U.S. Attorney

**ORDER**

    **IT IS HEREBY ORDERED** that this matter is continued to November 8, 2011, at 9:15 a.m.

    **IT IS FURTHER ORDERED** that the period from November 1, 2011, up to and including November 8, 2011, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, due to preparation of counsel. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: November 3, 2011

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT