```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S 2:08-0414 LKK |
| Plaintiff, | ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| DIMAS MANUEL TORRES BARRAZA | DATE: November 15, 2011 |
| | TIME: 9:15 a.m. |
| Defendant. | CTRM: Honorable Lawrence K. Karlton |

On November 8, 2011, the Court held a status conference of counsel in this case.  Assistant U.S. Attorney Jill M. Thomas, appeared on behalf of plaintiff, United States of America.  Clemente Jimenez, Esq., appeared on behalf of defendant, Dimas Manuel Torres Barraza, who was present and in custody.

The defendant's request for new counsel was granted by this Court and a status of counsel hearing was set for November 15, 2011, at 9:15 a.m.  Additionally Trial Confirmation Hearing was set for March, 6, 2012, and Jury Trial set for March 20, 2012.
The parties also agreed to exclude time under the Speedy Trial Act

1

up to and including November 15, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4, to obtain new counsel and for preparation of counsel.  The parties agreed that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: November 8, 2011     By:  /s/ Jill M. Thomas
                                          JILL M. THOMAS
                                          Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED** that this matter is continued to November 15, 2011, at 9:15 a.m.

**IT IS FURTHER ORDERED** that the period from November 8, 2011, up to and including November 15, 2011, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4, to obtain new counsel and preparation of counsel. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: November 9, 2011

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT