JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-414 LKK |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND |
|  | ) ORDER CONTINUING STATUS |
| v. | ) CONFERENCE |
|  | ) |
| JOSE MIGUEL GARCIA, | ) |
|  | ) Date: April 3, 2012 |
| Defendant. | ) Time: 9:15 a.m. |
|  | ) Judge: Honorable Lawrence K. Karlton |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for November 22, 2011. Counsel for the parties requests the date for judgment and sentencing be continued to April 3, 2012 at 9:30am. The continuance is requested because Mr. Garcia's co-defendant (Dimas Torres Barraza) is scheduled for jury trial commencing March 20, 2012. Mr. Garcia's eventual sentence depends somewhat on whether Mr. Barraza actually goes to trial and, if so, what occurs at/during the trial. Alternatively, should Mr. Barraza eventually plead guilty, that too would have an impact on Mr. Garcia's sentencing.

2. The parties request that the court adopt the following schedule pertaining to the presentence report:

1

| | |
|---|---|
| **Judgment and Sentencing date:** | **4/3/12** |
| Reply, or Statement of Non-Opposition: | 3/27/12 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 3/20/12 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 3/13/12 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 3/6/12 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 2/21/12 |

IT IS SO STIPULATED.

Dated: November 14, 2011 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Jose Miguel Garcia


Dated: November 14, 2011 Benjamin B. Wagner
United States Attorney

by: /s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-08-414 LKK |
| Plaintiff, | ) ORDER TO |
| v. | ) CONTINUE STATUS CONFERNCE |
| JOSE MIGUEL GARCIA, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Jose Miguel Garcia be continued from November 22, 2011 to April 3, 2012. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

IT IS SO ORDERED.
Dated: November 17, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT