JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MIGUEL GARCIA,<br><br>Defendant. | No. CR-S-08-414 LKK<br><br>STIPULATION AND ORDER CONTINUING SENTENCING<br><br>Date: June 12, 2012<br>Time: 9:15 a.m.<br>Judge: Honorable Lawrence K. Karlton |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for April 3, 2012. Counsel for the parties requests the date for judgment and sentencing be continued to June 12, 2012 at 9:30am. The continuance is requested because Mr. Garcia's co-defendant (Dimas Torres Barraza) is scheduled for sentencing on May 22, 2012. Mr. Garcia's eventual sentence depends somewhat on if/when Mr. Barraza is actually sentenced. Should Mr. Barraza seek to (or successful) with draw his plea, Mr. Garcia's eventual sentence may be impacted.

2. The parties request that the court adopt the following schedule pertaining to the presentence report:
**Judgment and Sentencing date:** **6/12/12**

Reply, or Statement of Non-Opposition: 6/5/12

| | |
|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 5/29/12 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 5/22/12 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 5/15/12 |

IT IS SO STIPULATED.

Dated: March 12, 2012              /s/ John R. Manning
                                   JOHN R. MANNING
                                   Attorney for Defendant
                                   Jose Miguel Garcia


Dated: March 12, 2012              Benjamin B. Wagner
                                   United States Attorney

                          by:      /s/ Jill M. Thomas
                                   JILL M. THOMAS
                                   Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. CR-S-08-414 LKK
)
    Plaintiff, ) 
) ORDER TO CONTINUE SENTENCING
v. )
)
JOSE MIGUEL GARCIA, )
)
    Defendant. )
)

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Jose Miguel Garcia be continued from April 3, 2012 to June 12, 2012. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

IT IS SO ORDERED.

Dated: March 14, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT