JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE MIGUEL GARCIA,<br><br>    Defendant. | No. CR. S-08-414 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING<br><br>Date: August 7, 2012<br>Time: 9:15 a.m.<br>Judge: Honorable Lawrence K. Karlton |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for June 12, 2012. Counsel for the parties requests the date for judgment and sentencing be continued to August 7, 2012 at 9:15am. The continuance is requested because counsel for Mr. Garcia and Counsel for the Government are continuing to negotiate a sentence in this matter in light of the plea agreement and circumstances surrounding the plea agreement. Additionally, Counsel for Mr. Garcia needs additional time to research and respond to information and calculations contained in the PSR.

2. The parties request that the court adopt the following schedule pertaining to the presentence report:

1

| | | |
|---|---|---|
| | **Judgment and Sentencing date:** | **8/7/12** |
| | Reply, or Statement of Non-Opposition: | 7/31/12 |
| | Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 7/24/12 |
| | The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 7/17/45 |
| | Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 7/10/12 |

IT IS SO STIPULATED.

Dated: May 30, 2012    /s/ John R. Manning
                       JOHN R. MANNING
                       Attorney for Defendant
                       Jose Miguel Garcia


Dated: May 30, 2012    Benjamin B. Wagner
                       United States Attorney

                by:    /s/ Jill M. Thomas
                       JILL M. THOMAS
                       Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE MIGUEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-08-414 LKK |
| Plaintiff, | ORDER TO CONTINUE SENTENCING |
| v. | |
| JOSE MIGUEL GARCIA, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Jose Miguel Garcia be continued from June 12, 2012 to August 7, 2012. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

IT IS SO ORDERED.

Dated: May 30, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT